Peter Matvey et al., appellees, v. The City of Mt. Olive, appellant. Gen. No. 7,984.

Action for pollution of waters.  Judgment for plaintiffs.  Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding.  Heard in this court at the April term, 1926.  Affirmed.  Opinion filed July 1, 1926.  Rehearing denied October 28, 1926.

L. M. Harlan and Jesse Peebles, for appellant.  C. W. Burton and Vaughn & Nevins, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Laura Stubbs, appellee, v. School Directors of District No. 51, in County of Adams and State of Illinois, appellant.  Gen. No. 7,992.

Action for wrongful discharge of employee.  Judgment for plaintiff.  Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding.  Heard in this court at the April term, 1926.  Reversed and remanded.  Opinion filed July 1, 1926.  Rehearing denied October 28, 1926.

C. H. Wood and Hartzell, Cavanagh & Martin, for appellant.  S. A. Hubbard and H. W. Lewis, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Edgar H. Buckley and Clara M. Buckley, appellants, v. Thomas M. Kilbride, Ridgely Farmers State Bank and O. E. Lemon, sheriff, appellees.  Gen. No. 7,995.

Bill to enjoin enforcement of judgment.  Decree for respondents. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.  Heard in this court at the April term, 1926.  Affirmed.  Opinion filed July 1, 1926.  Rehearing denied October 28, 1926.

William L. Patton, for appellants.  Edward C. Knotts, for Ridgely Farmers State Bank, appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

The David Jones Company, appellant, v. F. F. Bates, appellee. Gen. No. 7,998.

Action upon promissory notes.  Judgment for defendant.  Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding.  Heard in this court at the April term, 1926.  Reversed and remanded.  Opinion filed July 1, 1926.

Murphy & Hemphill, for appellant.  Vaughn & Nevins, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

John Cleland, by John F. Cleland, appellee, v. Robert B. Eagle, appellant.  Gen. No. 8,007.

Action for personal injury.  Judgment for plaintiff.  Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding.  Heard in this court at the April term, 1926. Affirmed.  Opinion filed July 1, 1926.

Roger E. Chapin and Graham & Dysert, for appellant; Walter V. Dysert, of counsel.  Oliver D. Mann, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.